IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 12-2164 |
| | ) | |
| $94,400 IN THE UNITED STATES CURRENCY | ) | |

### DEFAULT JUDGMENT OF FORFEITURE

This matter comes before the Court on the Motion for Default Judgment of Forfeiture (doc. 9) filed by the United States of America and, finding that the relief sought by such motion has merit and should be granted, the Court further finds and adjudicates as follows:

1. The Complaint for Forfeiture *in Rem* in this matter was filed on July 26, 2012, alleging that the defendant property should be forfeited to the United States of America pursuant to 31 U.S.C. § 5317, 18 U.S.C. § 981, and 18 U.S.C. § 984.

2. Subsequently, on August 17, 2012, a copy of the Complaint for Forfeiture and Notice of Forfeiture Action was served by certified mail, return-receipt requested, upon Linda Renfro as noted in the Affidavit of Service filed on August 27, 2012.

3. Additionally, notice of this civil forfeiture action against the defendant currency was published for 30 consecutive days on an official Government internet site (www.forfeiture.gov) beginning on August 9, 2012, as evidenced by the Proof of Publication filed with this court on September 10, 2012.

4. The notice informed Linda Renfro and any other persons or entities, known or unknown, claiming an interest in the defendant property, that the defendant property had been arrested, that this civil forfeiture action was pending, that they had at least

    thirty-five (35) days from receipt of notice to file a claim and twenty (20) days after filing the claim to answer. Further, for guidance in the preparation of a claim and answer, the notice referred any such persons or entities to Rule G(5) of the Supplement Rules of Admiralty and Maritime Claims, and warned that if this rule was not followed a default judgment of forfeiture would be rendered.

5. The United States of America took all reasonable measures to ensure that Linda Renfro and any other possible claimant received such notice in a timely fashion. To this date, however, Linda Renfro nor any other person or entity has filed a claim or answer. Therefore, Linda Renfro and any other possible claimants are in total default, the Entry of Default made by the Clerk was entirely proper, and the United States of America is entitled to a default judgment of forfeiture, all without the necessity of any further notice to Linda Renfro or any other person or entity.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

A. The United States of America is hereby given a default judgment of forfeiture against the defendant property described below:

    **$94,400 IN UNITED STATES CURRENCY**

and against the interest therein of Linda Renfro and any and all persons or entities having or claiming an interest in the defendant property;

B. Title to the defendant property is hereby vested in the United States of America and any administrative claims or interests therein of any persons or entities, including Linda Renfro are hereby cancelled; and

C. The Defendant property is referred to the custody of the Internal Revenue Service for

disposition in accordance with law and regulations.

IT IS SO ORDERED this 14th day of November, 2012.

                                                /s/ Robert T. Dawson
                                                HONORABLE ROBERT T. DAWSON
                                                UNITED STATES DISTRICT JUDGE